UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          Criminal Case No. 10-CR-20705-4

ALI DARWICH,

        Defendant.

_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a "Motion for Dismissal of the Indictment or in the Alternative to Limit the Admissibility of any Statement Made by Defendant to Law Enforcement and Request for an Immunity Hearing" on February 11, 2011.

Pursuant to the authority vested in this court under Rule 7.1 of the Local Rules for the United States District Court for the Eastern District of Michigan,

IT IS HEREBY ORDERED that the Government shall file its response by **February 23, 2011**, defendant is to file a reply, if any by **February 28, 2011. A Hearing is set for March 2, 2011 at 9:30 am.**

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: February 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 14, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522