UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 10-20705

ALI DARWICH,

    Defendant.
_____/

**ORDER STRIKING PRO SE DOCUMENTS**

On January 31, 2011, the court issued an order directing Defendant Ali Darwich to cease filing documents pro se while he is represented by counsel. Thereafter, Defendant Darwich filed four pro se documents in contravention of the court's instructions.[1] In accordance with the court's January 31, 2011, order, the court will strike all the filings, but will leave their images on the docket to allow counsel to review them to determine whether any action should be taken based upon their substance.

IT IS ORDERED that all current pro se documents [Dkt. ## 77, 78, 79, 82] are hereby STRICKEN from the docket of this court. The Clerk of the Court is instructed to retain the images of these documents on the docket.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 24, 2011

---

[1] The court earlier gave Defendant Darwich the benefit of the doubt, by assuming that he did not yet know of the directives in the January 31, 2011, order when he filed three additional pro se documents. (*See* 2/11/11 Order.) No such assumption is now due, and the Defendant's actions appear to constitute intentional disobedience of the court's orders.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 24, 2011, by electronic and/or ordinary mail.

        S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522