UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 10-20705

ALI DARWICH,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO RETURN DOCUMENTS**

Before the court is a motion filed pro se[1] by Defendant Ali Darwich, which is entitled "Motion to Order the Clerk of the Court to Returne [sic] the Images of [Certain Stricken] Documents." Defendant requests that the court send him copies of all the documents which it has stricken from the docket of the court. Specifically, he also requests that the court "return the docket bag" and reassign this case to its "original" judge.

First, the Clerk of the Court is responsible for maintaining the docket of the court. Requests for copies of certain documents should be sent, along with the appropriate

---

[1] On January 31, 2011, the court issued an order directing Defendant Ali Darwich to cease filing documents pro se while he is represented by counsel. The instant motion was filed March 1, 2011, and would have been stricken in accordance with the court's previous order, except that on March 2, 2011, the court granted Defendant's oral motion to represent himself. As Defendant Darwich now proceeds pro se, the court will address the motion.

copying fee,[2] directly to the Clerk's Office, and should not be labeled as a "motion" to the court.

Second, the court has already addressed Defendant's request to reassign this case to Judge O'Meara.  (*See* 12/17/10 "Opinion and Order Denying Motion for Reassignment.")  The court sees no reason, and Defendant has presented no authority, to revisit this issue.  Accordingly,

IT IS ORDERED that the Defendant's "Motion to Order the Clerk of the Court to Returne [sic] the Images of [Certain Stricken] Documents" [Dkt. # 96] is DENIED.

      S/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated:  March 4, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel and/or pro se parties of record on this date, March 4, 2011, by electronic and/or ordinary mail.

      S/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522

---

[2]According to the Eastern District of Michigan's website, such written requests should be accompanied by a $26.00 docket search fee, and a $.50 per page copying fee.  *See* http://www.mied.uscourts.gov/Clerk/feeSchedule.cfm.  However, when mailing a document to be filed, if the filer includes both (1) an extra copy to be time-stamped as filed, and (2) a self-addressed envelope, <u>with pre-paid postage</u>, the Clerk's Office will return copies at the time of filing as a courtesy.