UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 10-20705

ALI DARWICH,

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO REQUEST THE UNITED STATES OF AMERICA TO RELEASE INFORMATION TO THE CIA**

      Before the court is a motion filed pro se by Defendant Ali Darwich, which is entitled "Motion to Request the United States of America . . . to Relise [sic] Information to 'C.I.A.'." Defendant asks that he be allowed to "see the Central Intelligence Agency (CIA) to relise [sic] information about danger crime is hepen [sic] in U.S.A. from drug, arson, and terrsiom [sic]." (Def.'s Reply at 1.) The Government has filed a response to the motion, correctly pointing out that "there is no requirement that the CIA investigate the matter, that it be required to meet with Ali Darwich or the United States accept his information." (Gov't's Resp. at 2.) Indeed, the court is aware of no authority by which it can mandate that the CIA meet with Defendant, and certainly no authority that mandates the CIA to open an investigation into any matters raised by Defendant. Accordingly,

IT IS ORDERED that the Defendant's  "Motion to Request the United States of America . . . to Relise [sic] Information to 'C.I.A.'"  [Dkt. # 106] is DENIED.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  April 6, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 6, 2011, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522