UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                      Case No. 10-20705

ALI DARWICH,

      Defendant.
                                       /

**ORDER DENYING DEFENDANT'S
MOTION TO REQUEST ALL COURT REPORT TRANSCRIBED**

On April 18, 2011, Defendant Ali Darwich filed a pro se document entitled "Motion to Report/Transcriber to View Document Under to Case '10-CR-20705, and 09-CR-20280,'" which has been docketed as a "Motion to Request All Court Report Transcribed." Since electing to represent himself, Defendant Darwich has filed over twenty motions and other documents seeking relief. From the court's review of the documents, it is abundantly clear that Defendant is not skilled in writing documents in the English language. While the court is typically able to decipher the relief sought in the majority of the documents, the court is unable to determine what relief Defendant seeks in the instant motion. As is common in his filings, Defendant's motion contains sentences which are completely ungrammatical and, quite simply, make no sense. (eg., "For all this case Defendant court day."). However, normally the court is able to grasp the substance of what Defendant seeks. Not so with this motion. The court cannot grant any relief based on the incoherent statements made in this one-page motion. Accordingly,

IT IS ORDERED that the Defendant's pro se document, docketed as a Motion to Request All Court Report Transcribed" [Dkt. # 155] is DENIED as incomprehensible.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: May 17, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 17, 2011, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522