**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 10-20705

ALI DARWICH,

    Defendant.
                                                /

**ORDER DENYING DEFENDANT'S MOTION TO WAIVE FEE**

      Before the court is Defendant Ali Darwich's pro se "Motion to [Waive] Fee." Defendant requests that the court waive his fee "about his motion of appeals." (Mot. at 1.) There is no suggestion on the docket that Defendant was assessed a fee for any of the many appeals he has filed in this case. However, the court notes that any appeal filed, at this stage, is premature. The Court of Appeals has already indicated, in its April 8, 2011, order, that it lacks jurisdiction over pretrial rulings of this court. (Dkt. # 150, dismissing appeal for lack if jurisdiction). The court will not issue any order waiving fees for a fundamentally frivolous appeal. Accordingly,

      IT IS ORDERED that Defendant's "Motion to [Waive] Fee" [Dkt. # 175] is DENIED.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: May 24, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 24, 2011, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522