## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                         Case No. 10-20705

ALI DARWICH,

      Defendant.

_____/

### ORDER DENYING DEFENDANT'S SPEEDY TRIAL MOTION

Before the court is Defendant's pro se "Motion . . . to the Courtroom Violate Speedy Trial Under 180 Day's [sic] and Due [Process]."  The motion was signed by Defendant on April 15, 2011, and filed by the Clerk of the Court on April 18, 2011.  A few days earlier, the court conducted a status conference with all Defendants in this case and, pursuant to an agreement of all Defendants except Darwich, adjourned the trial date without date.  The adjournment was necessary to adequately prepare for trial after the grand jury returned another superseding indictment.  The court has memorialized the adjournment in a May 17, 2011, Order, which also excluded the time associated with the adjournment for Speedy Trial purposes.  In Defendant's speedy trial motion, he essentially reasserts his oral statement, made on April 11, 2011, that he wishes to go to trial in May.  For the reasons stated on the record during the April 11, 2011, status conference, an adjournment was necessary.  Moreover, there is no Speedy Trial violation for the reasons stated in the court's previous Order.  (5/17/11 Order 1-2, 2 n.1.)  Accordingly,

IT IS ORDERED that Defendant's speedy trial motion [Dkt. # 156] is DENIED.


 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  May 24, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, May 24, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522