UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 10-20705

ALI DARWICH,

    Defendant.
_____/

**ORDER DENYING DEFENDANT ALI DARWICH'S MOTION FOR DISCLOSURE AND "MOTION TO REDU[C]E EVIDENCE"**

Before the court are two motions filed by pro se Defendant Ali Darwich: (1) a "Motion . . . for Disclosure of Exculpatory Evidence and Rule 16 Discovery Materials," filed on July 12, 2011, and (2) a "Motion to Redu[c]e Evidence," filed on July 26, 2011. The motions are yet further requests for pre-trial discovery. The court has already held that Defendant is either in possession of, or has had the opportunity to be in possession of, any discovery to which he is entitled. The Government has represented that it will comply with all of its discovery obligations, and the court's observation is that the Government has gone well beyond any statutory or constitutional obligations. Standby counsel, too, has fulfilled his responsibilities in attempting to deliver to Defendant all necessary discovery materials. Accordingly, for the reasons further discussed in the court's June 24, 2011, order denying Defendant's discovery requests,

IT IS ORDERED that Defendant Darwich's "Motion . . . for Disclosure of Exculpatory Evidence and Rule 16 Discovery Materials" [Dkt. # 209] and his "Motion to Redu[c]e Evidence" [Dkt. # 213] are DENIED.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: July 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 28, 2011, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522