UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                               Case No. 10-20705

ALI DARWICH,

       Defendant.
_____/

**ORDER DENYING DEFENDANT'S
"MOTION UNDER THE CRIMINAL JUSTICE ACT, 18 USC § 3006 A(c)(1)"**

Before the court is pro se Defendant Ali Darwich's "Motion Under the Criminal Justice Act, 18 USC § 3006 A(c)(1)," filed on June 16, 2011. Defendant filed memoranda in support of his motion on July 1 and July 19, 2011. In these documents, Defendant seeks investigative, and possibly expert, services pursuant to 18 U.S.C. § 3006A. The court has denied previous requests for such services, and will again deny Defendant's request.

Under 18 U.S.C. § 3006A "[c]ounsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application." 18 U.S.C. § 3006A(e)(1). If the court finds that the services are necessary and that the defendant is unable to afford them, the court must authorize counsel to obtain the services at public expense. § 3006A(e)(1). Defendant here does not make any showing of necessity so as to justify the expenditure of public funds to hire a private investigator. His three documents argue generally that he needs such services because he is indigent and he needs to

develop his case, but he does not specifically identify any valid reason such services are necessary. Instead, he fills his documents with further baseless arguments regarding the mafia, his "immunity agreement," and a vast conspiracy between this court, the Government and Defendant's stand-by counsel. Accordingly, in the absence of any showing of necessity, and in the presence of Defendant's unjustified continuing refusal to accept even ministerial assistance from his stand-by attorney (for which the public has already invested substantial resources),

IT IS ORDERED that the Defendant's "Motion Under the Criminal Justice Act, 18 USC § 3006 A(c)(1)" [Dkt. # 203] is DENIED.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: July 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 28, 2011, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522