UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 10-20705

ALI DARWICH,

    Defendant.

_____/

**ORDER CONVERTING SEPTEMBER 8, 2011, FINAL PRETRIAL CONFERENCE INTO A HEARING ON DEFENDANT'S MOTION TO CHANGE STAND-BY COUNSEL**

On August 10, 2010, pro se Defendant filed a motion to change his stand-by counsel, Fred B. Walker. Having reviewed the motion, the court determines a hearing is necessary, prior to any final pretrial conference in this case. Accordingly,

IT IS ORDERED that the September 8, 2011, final pretrial conference is CONVERTED into a hearing on Defendant's "Motion to Change Stand-by Counsel" [Dkt. # 226]. Any responses to the motion shall be due by **August 25, 2011**.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: August 15, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 15, 2011, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522