UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 10-20705

ALI DARWICH, et al.,

    Defendants.

_____/

**ORDER DENYING "MOTION FOR OBJECTION TO FINAL PRETRIAL HEARING"**

Before the court is a "Motion for Objection to Final Pretrial Hearing," filed by pro se Defendant Ali Darwich. Defendant complains that the court changed the date of the final pretrial hearing, and requests that the court change the day back to the original date. Such scheduling matters are entirely within the discretion of the court, and Defendant has identified no legal basis which requires the court to select a particular date for any conference. Accordingly,

IT IS ORDERED that Defendant's "Motion for Objection to Final Pretrial Hearing" [Dkt. # 221] is DENIED.

                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated: September 8, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2011, by electronic and/or ordinary mail.

                                    S/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522