**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 10-20705

ALI DARWICH,

    Defendant.
_____/

**ORDER DENYING DEFENDANT ALI DARWICH'S
MOTION AND REQUEST FOR DISCOVERY**

    Before the court is an August 2, 2011 "request" for discovery [Dkt. # 222] and an August 23, 2011 motion for discovery [Dkt. # 245], both filed by pro se Defendant Ali Darwich. The Government has filed a response to these latest demands for discovery. Because the Government has demonstrated that it is in compliance with its limited discovery obligations, the court will deny Defendant's motion and request.

    As the Government notes in its response, Defendant's recent requests for discovery are virtually identical to requests he has made in the past. At all stages of this litigation, the Government has stated that it will provide Defendant with all material required under Federal Rule of Criminal Procedure 16. Indeed, the Government has on multiple occasions made arrangements to have Defendant inspect physical evidence, and Defendant has refused to cooperate with the Government. The Government has also provided discovery through Defendant's stand-by counsel, and Defendant has refused to cooperate with stand-by counsel. The court is not now convinced that Defendant has identified any type of discovery to which he is entitled that the

Government has unreasonably withheld. Thus, for the reasons stated here, as well as the reasons stated in the court's June 24, 2011 order, and on the record on June 13, 2011, and September 8, 2011,

IT IS ORDERED that Defendant Darwich's August 2, 2011 "request" for discovery [Dkt. # 222] and his August 23, 2011 motion for discovery [Dkt. # 245] are DENIED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2011, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\10-20705.DARWICH.Pre-Trial.Discovery.222.245.wpd