UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 10-20705

ALI DARWICH, et al,

    Defendants.
                                                      /

**ORDER DIRECTING CLERK TO FILE MEMORANDUM FROM MARSHALS SERVICE**

On September 9, 2011, the court received a memorandum from Acting Senior Inspector of the United States Marshals Service, Sandra Murphy. The memorandum details the statements and behavior of Defendant Ali Darwich following his last court appearance on September 8, 2011. Having reviewed the document, the court will order that it be placed on the record of the court. Accordingly,

IT IS ORDERED that the Clerk of the Court is DIRECTED to docket the September 9, 2011 document as a "Memorandum from Marshals Service."

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: September 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2011, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522