**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                              Case No. 10-20705

ALI DARWICH,

       Defendant.

_____/

**ORDER DENYING DEFENDANT ALI DARWICH'S**
**VARIOUS MOTIONS FOR DISCOVERY**

Before the court are several motions seeking discovery, filed by pro se

Defendant Ali Darwich.  The Government has filed responses to some, but not all, of

these motions.  As is customary with Defendant Darwich, the motions are all

handwritten, lengthy, and do not contain a precise statement of the relief he seeks, or

the legal or factual justification for that relief.  Instead, the motions contain vitriolic,

confusing theories of conspiracy, demands for items which have been previously

offered by the Government or denied by the court.  As has been stated several times,

the Government has demonstrated its compliance with its limited discovery obligations,

and Defendant's repeated requests for the same discovery which the court has already

denied are without merit.

At all stages of this litigation, the Government has stated that it will provide

Defendant with all material required under Federal Rule of Criminal Procedure 16. On

multiple occasions, the Government has made arrangements to have Defendant inspect

physical evidence, and Defendant has refused to cooperate with the Government.  The

Government has also provided discovery through Defendant's stand-by counsel, and

Defendant has refused to cooperate with stand-by counsel.  The court is not now

convinced that Defendant has identified any type of discovery to which he is entitled that

the Government has unreasonably withheld.  Thus, for the reasons stated here, as well

as the reasons stated in the court's June 24, 2011 and September 28, 2011 orders, and

on the record on June 13, 2011, and September 8, 2011,

      IT IS ORDERED that the following motions for discovery, however they are

entitled,[1] are DENIED:

- August 24, 2011, "Motion for Separate Trial" [Dkt. # 267];
- February 14, 2012, "Motion for Disclosure" [Dkt. # 389];
- February 21, 2012, "Motion to Compel" [Dkt. # 392];
- February 22, 2012, "Motion for Discovery" [Dkt. # 394];
- February 23, 2012, "Motion to Open Chain of Custody . . ." [Dkt. # 398]; and
- March 1, 2012, "Motion for Discovery" [Dkt. # 409].


                         s/Robert H. Cleland
                         ROBERT H. CLELAND
                         UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, March 16, 2012, by electronic and/or ordinary mail.

                         S/Lisa Wagner
                         Case Manager and Deputy Clerk
                         (313) 234-5522

---

[1]Defendant uses a variety of titles for his discovery motions.  After considering
their substance the court has identified the listed motions as seeking different forms of
discovery however they may be labeled.

S:\Cleland\JUDGE'S DESK\C3 ORDERS\10-20705.DARWICH.Pre-Trial.Discovery.267.389.392.394.398.409.wpd