**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 10-20705

ALI DARWICH,

    Defendant.
_____/

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO SEVER**

On June 26, 2012, *pro se* Defendant Ali Darwich filed a motion to sever, asking the court to sever his trial from that of his co-defendants. As the Government responds, and the record reflects, all of Defendant's co-defendants have now pleaded guilty. As such, there is no need for a severance and his motion will be denied as moot:

IT IS ORDERED that Defendant's motion to sever [Dkt. # 503] is DENIED AS MOOT.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: August 13, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 13, 2012, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522