UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 10-20705

ALI DARWICH,

    Defendant.
                                     /

**ORDER DENYING AS MOOT DEFENDANT'S "MOTION FOR ORAL STATEMENT DISCOVERY UNDER RULE 16(A)(1)(A) AND (B)"**

On June 26, 2012, *pro se* Defendant Ali Darwich filed a "Motion for Oral Statement Discovery Under Rule 16(a)(1)(A) and (B)," seeking written copies of statements he may have made on or about December 30 and 31, 2008, and May 22, 2009. The Government responds that any reports generated on those dates have been provided to standby counsel, Fred Walker and Craig Daly. The court remains persuaded that the Government has met its discovery obligations and that any failure to receive the statements is due to Defendant's refusal to cooperate with his standby counsel. Because the Government has already provided the discovery sought in this motion,

IT IS ORDERED that Defendant's "Motion for Oral Statement Discovery Under Rule 16(a)(1)(A) and (B)" [Dkt. # 505] is DENIED AS MOOT.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: October 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 17, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522