**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 10-20705

ALI DARWICH,

    Defendant.
                                                /

**OPINION AND ORDER DENYING DEFENDANT'S**
**MOTIONS TO DISMISS AND TO SUPPRESS AND FOR HEARING**

Before the court are two motions filed by pro se Defendant Ali Darwich: a "Motion to Dismiss," filed on June 19, 2012, and a "Motion to Suppress and for Hearing" filed on June 14, 2012. The Government has filed responses in opposition. The motions are duplicative of earlier motions, are unpersuasive, and are denied.

In his "Motion to Dismiss," Defendant makes wild accusations regarding his alleged "kidnapping" by law enforcement agents and his subsequent statements made under purported promises of immunity. Though he casts his motion as one directed at the Government's supposed violations, it is at heart yet another attack on the court's prior ruling regarding the statements made pursuant to a limited immunity agreement. Likewise, in his motion to suppress, he again asks the court to suppress statements he made during a debriefing on May 22, 2009 as part of his attempt to cooperate with the Government. The court has already found that he did not abide by the terms of his agreement by, among other things, providing incomplete or false information, and that his statements are admissible over his several objections, *see, e.g.,* this court's 14-page

explanation of these issues, and others, in its "Order Denying Defendant's Motion to Dismiss the Indictment, Denying Defendant's March 29, 2011, 'Motion Support . . . ,' and Denying Defendant's April 1, 2011, 'Motion to Legal Advice . . . .'" Defendant deserves no further attention on this issue. Accordingly,

IT IS ORDERED that the Defendant's "Motion to Dismiss" [Dkt. # 497] and his "Motion to Suppress and for Hearing" [Dkt # 490] are DENIED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 17, 2012, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522