## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                Case No. 10-20705

ALI DARWICH,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR DISQUALIFICATION OF ASSISTANT UNITED STATES ATTORNEY

Before the court is another motion by pro se Defendant Ali Darwich's to disqualify the Assistant United States Attorney assigned to this case, Ronald W. Waterstreet, filed on June 26, 2012. Once again, Defendant rests his motion on unsupported accusations of misconduct as well as Defendant's unhappiness over previous rulings of this court. Defendant continues to file baseless motions which fail to articulate any cogent, legal basis on which to grant the extraordinary relief he seeks. From the court's perspective, the Mr. Waterstreet has thus far prosecuted this case with extreme care and patience, and the utmost professionalism. Accordingly,

IT IS ORDERED that Defendant's June 26, 2012, motion to for disqualification [Dkt. # 502] is DENIED.

                                         S/Robert H. Cleland_____
                                     ROBERT H. CLELAND
                                     UNITED STATES DISTRICT JUDGE

Dated:  October 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 17, 2012, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522