UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 10-20705

ALI DARWICH,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S "MOTION FOR BOND HEARING"**

On June 25, 2012, *pro se* Defendant Ali Darwich filed a "Motion for Bond Hearing," asking the court for a bond hearing and to release him to "the Immigration custody to finish the 'asylem.'" (Def.'s Mot. at 1.) The Government opposes the motion, arguing that Defendant is a substantial risk of flight and a danger to the community. *See* 18 U.S.C. § 3142. The court agrees. Defendant's behavior before this court does not engender any degree of trust in his ability to remain in this jurisdiction as a law-abiding member of the community. Moreover, according to the Government, if released from prison, Defendant would be taken into custody by Immigration authorities and removal proceedings would begin. The court finds no new circumstances which favor Defendant's release. Accordingly,

IT IS ORDERED that Defendant's "Motion for Bond Hearing" [Dkt. # 501] is DENIED.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: October 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 17, 2012, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522