UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 10-20705

ALI DARWICH,

    Defendant.
                                      /

## ORDER DENYING AS MOOT DEFENDANT'S
## "MOTION FOR DISCLOSURE OF DEFENDANT'S STATEMENT"

Before the court a "Motion for Disclosure of Defendant's Statement," filed by pro se Defendant Ali Darwich on June 28, 2012. Defendant requests that the Government provide him with any rough notes and tape recordings of Defendant's interview with law enforcement on May 22, 2009. The Government responds that it has already provided the rough notes to stand-by counsel and no recordings were made of the interview. As the Government has already provided any possible relief,

IT IS ORDERED that the Defendant's "Motion for Disclosure of Defendant's Statement" on June 28, 2012 [Dkt. # 510] is DENIED AS MOOT.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: October 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 17, 2012, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522