UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case No. 10-20705

ALI DARWICH,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO OPEN CHAIN OF CUSTODY**

      Before the court is a "Motion to Open Chain of Custody," filed by pro se Defendant Ali Darwich. In his motion, Defendant once again seeks discovery from the Government. The Government responded orally at a status conference conducted on the record on October 22, 2012. The court remains unconvinced that Defendant has identified any type of discovery to which he is entitled that the Government has unreasonably withheld. Accordingly, for the reasons stated more fully on the record,

      IT IS ORDERED that Defendant's "Motion to Open Chain of Custody" [Dkt. # 531] is DENIED.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: October 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 26, 2012, by electronic and/or ordinary mail.

                                                  S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522