UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

-vs-

**ALI HUSSEIN DARWICH**,

    Defendant.

File No. **10-20705**

Honorable **Robert H. Cleland**

| **RONALD W. WATERSTREET (P42197)** | **CRAIG A. DALY, P.C. (P27539)** |
|---|---|
| Assistant U.S. Attorney | Attorney for Ali Hussein Darwich |
| 211 W. Fort Street, Suite 2001 | 615 Griswold, Suite 820 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| Phone: (313) 226-9593 | Phone: (313) 963-1455 |
| ronald.waterstreet@usdoj.gov | 4bestdefense@sbcglobal.net |

# ORDER FOR WAYNE COUNTY JAIL
# TO PROVIDE SHOES FOR THE DEFENDANT AT TRIAL

    UPON request of the Defendant,

    **IT IS HEREBY ORDERED** that the Wayne County Jail may provide a pair of shoes to Ali Darwich to wear at this trial commencing November 5, 2012.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: October 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 30, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522