UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                Criminal Case No.  10-cr-20705-4
                                                    Civil Case No.       15-cv-12243

ALI DARWICH,

        Defendant.

_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a motion to vacate, set aside, or correct sentence under 28 § USC 2255 on June 19, 2015.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the "Motion to vacate, ..." by **August 10, 2015**.  The reply, if any, is to be filed by **September 14, 2015.**

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, June 29, 2015, by electronic and/or ordinary mail.

                                                      S/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522