UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Criminal No. 10-20705
                                        Civil Case No. 15-12243

ALI DARWICH,

    Defendant.
                                                  /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

On January 13th, 2016, the court entered an order denying Defendant Ali Darwich's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence." Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: January 13, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 13, 2016, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522