**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

    Plaintiff,        Case No.   10-20705-4

vs.

ALI DARWICH,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S APPLICATION TO TO PROCEED IN FORMA PAUPERIS ON APPEAL

On November 7, 2019, the Defendant filed a Notice of Appeal and Application to Proceed In Forma Pauperis on Appeal. Upon review of the application and certificate of prisoner trust fund account, the court will grant the application. Therefore,

IT IS HEREBY ORDERED that the [Dkt# 813] Application to Proceed In Forma Pauperis on appeal is **GRANTED.**

                              S/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: November 22, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 22, 2019, by electronic and/or ordinary mail.

                              S/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (810) 292-6522