UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,      Case No. 10-20705

v.                              Judith E. Levy
                              United States District Judge
Ali Darwich,

                              Mag. Judge Elizabeth A. Stafford
         Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR RECONSIDERATION [909] AND MOTION TO SUPPLEMENT EVIDENCE [910]

Before the Court is *pro se* Defendant Ali Darwich's motion for reconsideration (ECF No. 909), and motion to supplement evidence in support of his motion for reconsideration. (ECF No. 910.)

Defendant filed six documents (ECF Nos. 886, 891, 893, 895, 903, 904) which, when "construed liberally, seek some form of compassionate release." (ECF No. 905, PageID.7806.) On September 7, 2023, the Court denied Defendant's motions for compassionate release. (ECF No. 905.) Defendant filed a notice of appeal of the September 7, 2023 order. (ECF No. 907.) Defendant subsequently filed a motion for reconsideration of

the September 7 order. (ECF No. 909.) On September 25, 2023, the case was reassigned from Judge Cleland to the undersigned. Defendant filed a motion to supplement evidence in support of the motion for reconsideration on September 29, 2023. (ECF No. 910.)

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). *See also Adkins v. Jeffreys*, 327 F. App'x 537 (6th Cir. 2009). Defendant filed a notice of appeal and a motion for reconsideration for the same order. His filing of a notice of appeal deprives the District Court of jurisdiction to consider his motion for reconsideration while the appeal remains pending.

Accordingly, Defendant's motion for reconsideration and motion to supplement evidence are DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: October 3, 2023　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 3, 2023.

                                              s/William Barkholz
                                              WILLIAM BARKHOLZ
                                              Case Manager